IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**WENGUI GUO**
a/k/a **MILES KWOK**                                  Civil Action No.:

        **Plaintiff,**

v.

**SINCLAIR BROADCAST GROUP, INC., and**
**JAY O'BRIEN**

        **Defendants.**

Plaintiff, Guo Wengui a/k/a Miles Kwok ("Guo" or "Plaintiff"), for his complaint and action for money damages against Defendants Sinclair Broadcast Group, Inc. and Jay O'Brien, alleges as follows:

## PARTIES

1. Plaintiff Guo is a Hong Kong citizen currently residing in New York, New York. Plaintiff left China at the end of 2014 and is currently seeking political asylum in the United States. Guo has been a longstanding critic of corruption within elements of the Chinese government and a leading advocate for government reform in China.

2. Upon information and belief, Defendant Sinclair Media Group, Inc. (hereinafter, "Sinclair") is a publicly traded telecommunications conglomerate, operating within and broadcasting from the state of Florida, with offices at -- and broadcasting from -- 1100 Fairfield Drive, West Palm Beach, Florida.

3. Defendant Jay O'Brien is a reporter for WPEC (hereinafter, "CBS12"), a local CBS television affiliate based in West Palm Beach which is owned and operated by Defendant Sinclair.

4. Upon information and belief, Defendant O'Brien is an employee of Defendant Sinclair.

## JURISDICTION AND VENUE

5. This Court has diversity jurisdiction over this matter because Plaintiff is a foreign citizen residing in New York and Defendant Sinclair Broadcast Group, Inc. is a United States Corporation with significant affiliates and offices within the State of Florida. Further, upon information and belief, Defendant Jay O'Brien is a U.S. Citizen and resident of Florida who is employed by Defendant Sinclair. The damages sought in this matter are in excess of $75,000.00.

6. Venue is proper in this Court because Defendant Sinclair has offices in Florida, Defendant O'Brien is a resident of Florida, and the broadcast containing the defamatory statements set forth herein was broadcast from Florida.

## BACKGROUND FACTS

7. Guo is a Hong Kong citizen who fled from China for fear of political persecution. Guo has been the most outspoken and vitriolic critic of the CCP.

8. Guo's willingness to air publicly his political views towards the CCP and Chinese government, has led to a backlash by senior members of the CCP and Chinese government towards Guo and his family, including, but not limited to, the detention and arrest of Guo's family members and colleagues; and the freezing of Guo's assets.

9. Two brothers and a niece of Guo were sentenced to imprisonment of three years, three years and five months, and two years and six months respectively. These family members remain imprisoned in China.

10. Because of the CCP's political persecution, Guo was forced to leave China and is seeking political asylum in the U.S.

11. Since his exile, the CCP has seized more than USD30 billion in cash and assets owned by Guo's family and himself.

12. Because of Guo's whistleblower actions, China has gone to extensive lengths to silence Guo and have him extradited back to China. These efforts have included:

   a. Requesting that Interpol issue a "red notice" for his arrest based on false accusations;

   b. requesting the chief executives of several large U.S. corporations reach out to President Trump in an effort to convince him to have Guo extradited;

   c. hiring Elliot Broidy, a lobbyist and former chairman of the Republican National Committee, to peddle his influence and convince the Trump Administration to extradite Guo in exchange for a success fee in the millions of dollars payable to Broidy; and

   d. using social media to drum up fake accusations about Guo.

13. In another effort to silence Guo, in May 2017, the CCP secretly sent Liu Yanping, the then Secretary of Commission for Discipline Inspection, Ministry of National Security of China, along with three other agents to New York City to speak with Guo. In exchange for Guo's silence and return to China, the CCP promised to unfreeze his assets and release his family members from jail.

14. The congressional U.S. China Economic and Security Commission found that Guo has been the target of an unprecedented Chinese government disinformation campaign to discredit Guo.[1]

---

[1] https://www.uscc.gov/sites/default/files/Annual_Report/Chapters/Chapter%203%2C%20Section%205%20-%20China%27s%20Domestic%20Information%20Controls%2C%20Global%20Media%20Influence%2C%20and%20Cyber%20Diplomacy_0.pdf

15. To counter this unprecedented disinformation campaign, Guo has taken to U.S. courts in reliance on the rule of law to challenge those who seek to discredit him.

16. To wit, Guo has now successfully sued numerous individuals for defamation for calling Guo a "spy" for the CCP; a "fraud"; a "liar" and other nefarious terms.

17. Specifically, Guo sued Xia Yeliang in the United States District Court for the Eastern District of Virginia, for defamation and defamation *per se* because Xia stated publicly that Guo a "spy," "rapist", "fraud", "liar", and "swindler."[2] (the "Xia Litigation"). A unanimous jury found that these allegations – i.e. that Guo is a Chinese "spy" were false, defamatory and defamatory *per se*, and awarded Guo $100,000 as damage to his reputation.

18. Guo also sued Li Hongkuan in the United States District Court for the District of Maryland for defamation and defamation *per se* because Li made multiple public statements that Guo is a "rapist, is a *communist spy* … and is an organized crime leader" (the "Li Litigation"). The Court found that these statements were false, defamatory and defamatory *per se*.[3]

## CBS12'S DEFAMATORY NEWS BROADCAST

19. On July 24, 2019, Defendant Sinclair on its news broadcast ran a story that accused Plaintiff of being a spy.[4]

20. On the broadcast, Defendant O'Brien affirmatively stated that the accusations against Plaintiff were the "second instance of Chinese intelligence operations" within Mar-a-Lago thereby attempting to pass these fabricated allegations as factual -- which they are not.

---

[2] *See Guo Wengui v. Xia Yeliang*, 18-cv-174 (E.D.Va.)
[3] *See Guo Wengui v. Hongkuan Li*, 2019 WL 2288348, *2 (D. Maryland)
[4] Adding further injury, CBS12 posted the story to its website. https://cbs12.com/news/local/chinese-billionaire-and-mar-a-lago-member-accused-of-spying-he-disputes.

21. The broadcast also included what appears to be edited comments by a woman named Lisa Ruth, identified by Defendants as a former CIA asset recruiter, who, in the portion broadcast by CBS12, states that "If someone has access, that what makes them a good spy". Again, implying to the viewers that Plaintiff, because he was a member at Mar-a-Lago, must be spy.

22. This truncated statement by Ms. Ruth is inserted into the broadcast without any factual basis or context as to excerpt that CBS12 chose to broadcast. Thereby creating the implication that a former CIA asset recruiter is stating that Plaintiff is a spy in order to manufacture intrigue and raise viewership.

23. Defendant O'Brien further states in a definitive tone, but without basis, that "foreign governments could be targeting Mar-a-Lago members like Guo." (emphasis added.)

24. Given Mr. Guo's outspoken defiance of the Chinese government it would be irrational to think that the Chinese government would target him as a potential asset. Mr. Guo has made it his life's work to remove the Chinese Communist Party from power and bring the Rule of Law to China. The only possible basis that Defendant O'Brien could have for his insinuation is the fact that Mr. Guo was born in China – an insinuation which reeks of racism.

25. In its broadcast, CBS12 uses another excerpt from its recorded statements by Ms. Ruth which are, again, truncated to definitively imply that because Plaintiff has been a member at Mar-a-Lago for a long time, "an intelligence agency will attempt to recruit them". This statement as presented by CBS12 clearly intends to have its viewers believe that intelligence agencies have attempted to recruit Plaintiff. Once again, providing no basis for the abridged statement, or context from Ms. Ruth's entire prerecorded statement.

26. Clearly, the intent was to garner views for the sensational "story" with no regard for the truth and even less investigation into the underlying facts.

27. The CBS12 broadcast went on to make a number of further false statements, along with various other statements intended to mislead its viewers and cast Plaintiff in a negative light.

28. To be clear, and while the assertion does not dignify a response, Mr. Guo is not, nor has he ever been a spy for China. To the Contrary, he has been an outspoken critic of the corruption in the Chinese Government and its ruling communist party. He has publicly vowed and contributed much of his considerable wealth, along with his heart and soul, into bringing the Rule of Law to China.

29. Defendant O'Brien, in an attempt to further sensationalize the "news" story, creates a non-existent connection between Mr. Guo being a member at Mar-a-Lago and the fact that a woman, Yujing Zhang, was previously arrested at Mar-a-Lago in possession of a thumb-drive containing malware.

30. There is no connection between Mr. Guo and Yujing Zhang, nor do Defendants provide any basis for insinuating that the two may be connected -- because there is no connection -- except that they are both of Chinese descent and happen to have been to Mar-a-Lago.

31. Even the Mar-a-Lago commonality is a stretch with Mr. Guo being a long-standing member of the club and Yujing Zhang being arrested trying to sneak into Mar-a-Lago.

32. In fact, on a number of occasions, Mr. Guo warned the staff at Mar-a-Lago of the potential for attempts by agents of China to infiltrate the club.

## CAUSE OF ACTION
### (DEFAMATION *PER SE*)

33. Plaintiff incorporates by reference and realleges each and every allegation contained in paragraphs "1" through "32", as though fully set forth herein.

34. In the broadcast on July 24, 2019, Defendants broadcasted and published untrue statements about Plaintiff, including stating that Mr. Guo had committed espionage.

35. Espionage is a serious federal crime pursuant to the Espionage Act of 1917.

36. Similar statements made against Mr. Guo are demonstrably false and have, in fact, been ruled to be defamatory in two separate courts.

37. To further embellish their story, Defendants made statements that insinuated that Mr. Guo was associated with Yujing Zhang, the woman arrested sneaking into Mar-a-Lago with malware.

38. Defendants knew or should have known that the statements were false, as even a cursory review of court records would have shown Defendants statements to be false.

39. Further, even a modicum of due diligence would have shown the falsity of these statements.

40. Instead, with a reckless disregard for the truth, Defendants made the above false statements, causing harm to Plaintiff, all for the sake of potential increased viewership.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs request entry of Judgment in their favor and against Defendants as follows:

A. That Defendants be held liable for the damages sustained by Plaintiff as a result of the claims asserted herein in an amount to be determined at trial, but estimated to be not less than $50 million;

B.  That Defendant Sinclair must remove the story from any online and physical publications and must publish a retraction of the false claims against Plaintiff on the front page of their website and physical publications;

C.  Such other relief as the Court deems necessary and proper.

## Demand for Jury

Plaintiff demands a jury trial on all issues so triable by a jury.

Dated this 2nd day of August, 2019.

        Respectfully submitted,

        By its attorneys,
        /s/ Brian M. Silverio
        Fla. Bar No. 0183301
        bsilverio@silveriohall.com
        Silverio & Hall, P.A.
        255 8th Street South
        Naples, FL 34102
        Tel: 239-649-1001
        *Attorneys for Plaintiff*