# Exhibit A

This exhibit is an audio/visual file that cannot be electronically submitted using the Court's ECF system. A flash drive containing a copy of this exhibit will be filed directly with the Clerk of Court and served on all counsel.