**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

_____

**WENGUI GUO**
**a/k/a MILES KWOK**

                           **Plaintiff,**             **Civil Action No.: 9:19-cv-81099**

    **v.**

**SINCLAIR BROADCAST GROUP, INC., and**
**JAY O'BRIEN**

                           **Defendants.**
_____

## NOTICE OF SETTLEMENT

The Plaintiff, WENGUI GUO, a/k/a MILES KWOK, by and through his undersigned counsel, gives notice to the Court that the parties have reached a settlement of this matter. The settlement agreement is being translated and circulated for execution. The Plaintiff has withheld the filing of its response in light of the settlement reached. The Parties request seven (7) days to either file a fully executed settlement agreement and notice of voluntary dismissal or Plaintiff's response to the motion to dismiss. Undersigned counsel has conferred with counsel for the Defendants and confirmed that the Defendants have no objection to this filing.

WHEREFORE, the Plaintiff requests that this Court grant the relief requested herein and any other relief this Court deems just and proper.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that, on this 11th day of November, 2019, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner to those parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

By its attorneys,
/s/ Brian M. Silverio
Fla. Bar No. 0183301
bsilverio@silveriohall.com
Silverio & Hall, P.A.
255 8th Street South
Naples, FL 34102
Tel: 239-649-1001
*Attorneys for Plaintiff*